JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK PIÑA, | Case No. 2:25-cv-02136-MCS-SK |
| Plaintiff, | **JUDGMENT** |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendant. | |

Pursuant to the Court's Order Denying Motions and Dismissing Complaint, it is ordered, adjudged, and decreed that this case is dismissed with prejudice. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: July 18, 2025

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1